1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW; and LEONARD WEINGLASS, ESQ.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY; and NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendants. | CASE NO. CV 10-03375 MMM (JCx)<br><br>JUDGMENT FOR DEFENDANTS |

On January 31, 2011, plaintiffs and defendants stipulated in open court to dismiss the National Aeronautics and Space Administration as a defendant. On March 14, 2011, the court issued an order granting the motion of defendant National Geospatial Intelligence Agency for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiffs take nothing by way of their complaint;

    2.    That defendant recover its costs of suit herein; and

3. That the action be, and it hereby is, dismissed.

DATED: March 14, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2