UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW; and LEONARD WEINGLASS, ESQ.<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY; and NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendants. | CASE NO. CV 10-03375 MMM (JCx)<br><br>JUDGMENT FOR DEFENDANTS |

On January 31, 2011, plaintiffs and defendants stipulated in open court to dismiss the National Aeronautics and Space Administration as a defendant. On May 13, 2014, following remand by the Ninth Circuit with a direction that the court obtain a classified declaration from defendant National Geospatial Intelligence Agency, the court reaffirmed its order granting summary judgment in favor of defendant. Accordingly,

IT IS ORDERED AND ADJUDGED

    1.    That plaintiffs take nothing by way of their complaint;

      2.      That defendant recover its costs of suit herein; and

      3.      That the action be, and it hereby is, dismissed.

DATED: May 13, 2014

*/s/ Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2